UNITED STATES DISTRICT COURT

__EASTERN__   **District of**   __CALIFORNIA__

| | |
|---|---|
| YOLANDA YVETTE COBB,<br>      Plaintiff<br><br>        V.<br><br>COMMISSIONER of SOCIAL SECURITY,<br>      Defendant | **ORDER ON APPLICATION<br>TO PROCEED WITHOUT<br>PREPAYMENT OF FEES**<br><br><br>CASE    1:13-CV-00888-BAM |

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

__X__  GRANTED.

  __X__  The clerk is directed to file the complaint.

  __X__  IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐  DENIED, for the following reasons:

_____

_____

ENTER this __5TH__ day of __July__, __2013__.

                                            __/s/ Barbara A. McAuliffe__
                                              Signature of Judicial Officer

                                            __BARBARA A. McAULIFFE, U.S. MAGISTRATE JUDGE__
                                              Name and Title of Judicial Officer