# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA YVETTE COBB | Case No.: 1:13-cv-00888-BAM |
| Plaintiff, | |
| v. | ORDER EXTENDING BRIEFING SCHEDULE |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security. | |
| Defendant. | |

Based upon the stipulation of the parties (Doc. 14), and for good cause shown, IT IS HEREBY ORDERED that Plaintiff shall have an extension of time, up to and including April 9, 2014, in which to file Plaintiff's Opening Brief. All other deadlines set forth in the July 5, 2013 Scheduling Order shall be extended accordingly.

IT IS SO ORDERED.

Dated: **March 13, 2014**         /s/ *Barbara A. McAuliffe*
                         UNITED STATES MAGISTRATE JUDGE